# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00692-CV

**In re Brian O'Grady, M.D. and The O'Grady Family Partnership, Ltd.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators have filed a petition for writ of mandamus accompanied by a motion for a temporary stay of the district court's order pending our determination of their petition. We deny the petition for writ of mandamus and dismiss as moot the motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed: October 27, 2010